# NOTES OF CAUSES

Decided during the period comprised in this Volume,
and not reported in full.

---

No. 1010. **Bratton** *v.* **Guy.** November Term, 1880. This is
the same case which was before this court at April Term, 1879,
and reported 12 *S. C.* 42. Upon its return to the Circuit Court,
plaintiff introduced his deed, which " in consideration of the sum
of five dollars and twenty cents per acre," conveyed " a tract of
land containing one thousand and fifty-three acres." The words
" more or less " usually added, do not appear in this deed. The
covenant of warranty is in words following : " And we do hereby
bind ourselves and our heirs, executors and administrators,. to
warrant and defend forever all and singular the said premises
unto the said John S. Bratton, his heirs and assigns, against us
and our heirs, and all other persons lawfully claiming, or to claim
the same, or any part thereof." Plaintiff also proved a deficiency
of twenty-eight acres in the quantity of this land, and some other
matters immaterial to the point decided, and then rested. The
Circuit judge (Mackey) granted a non-suit, upon the ground that
the action was barred by the statute of limitations. Upon ap-
peal, this court held that there was no ground for this appeal ;
that the deed contains a warranty only in the usual form, and
that the consideration expressed of a specified price per acre does
not convert this warranty into " such a special warranty, as might
possibly, under the old form of pleading, support an action of
debt ; " and that the question here raised was substantially de-
cided on the former hearing. OPINION by McIVER, A. J.,
March 28th, 1881. *S. P. Hamilton,* for appellant. *T. C. Gas-
ton,* contra.